CULPEPPER v. FAIRFIELD SAPPHIRE VALLEY

[325 N.C. 702 (1989)]

two methods by which disciplinary action or disbarment may be imposed upon attorneys—statutory and judicial.

*In re Bonding Co.,* 16 N.C. App. 272, 275, 192 S.E.2d 33, 35, *cert. denied and appeal dismissed,* 282 N.C. 426, 192 S.E.2d 837 (1972) (citations omitted). *See also State v. Malone,* 65 N.C. App. 782, 785, 310 S.E.2d 385, 387, *disc. rev. denied and appeal dismissed,* 311 N.C. 405, 319 S.E.2d 277 (1984); *Swenson v. Thibaut,* 39 N.C. App. 77, 109, 250 S.E.2d 279, 299 (1978), *disc. rev. denied and appeal dismissed,* 296 N.C. 740, 254 S.E.2d 181 (1979) (statutory power in State Bar and inherent power in court "co-equal and co-extensive").

The trial court thus erred in naming plaintiff as a party and dismissing the grievance proceeding against defendant, and in denying plaintiff's motion to delete those portions of the judgment. Accordingly, the order denying plaintiff's motion to modify the judgment entered on 3 May 1988, *nunc pro tunc* 22 April 1988, is reversed, and the cause is remanded to the Superior Court, Forsyth County, for entry of an order allowing the motion.

Reversed and remanded.

───────────────

DEBORAH PHARR CULPEPPER, EMPLOYEE v. FAIRFIELD SAPPHIRE VALLEY, EMPLOYER, AND AETNA CASUALTY & SURETY COMPANY, CARRIER

No. 194A89

(Filed 7 December 1989)

APPEAL by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 93 N.C. App. 242, 377 S.E.2d 777 (1989), reversing an opinion and award of the North Carolina Industrial Commission filed 17 December 1987, denying plaintiff's workers' compensation claim. Defendants' petition for writ of certiorari was allowed by the Supreme Court 13 November 1989. Heard in the Supreme Court 13 November 1989.

**YATES v. DOWLESS**

[325 N.C. 703 (1989)]

*Parker, Poe, Thompson, Bernstein, Gage & Preston, by Max E. Justice and William L. Brown; and Ball, Kelley, Barden & Arrowood, P.A., by Phillip G. Kelley, for plaintiff-appellee.*

*Russell & King, P.A., by J. William Russell and Sandra M. King, for defendant-appellants.*

PER CURIAM.

Affirmed.

---

JULIANA G. YATES v. BOBBY RAY DOWLESS

No. 233PA89

(Filed 7 December 1989)

ON plaintiff's petition for discretionary review of a decision of the Court of Appeals, 93 N.C. App. 787, 379 S.E.2d 79 (1989), which reversed the decision of *Elkins, J.,* at the 30 June 1988 session of District Court, MECKLENBURG County. Heard in the Supreme Court 14 November 1989.

*Lacy H. Thornburg, Attorney General, by T. Byron Smith, Assistant Attorney General, and Bertha Fields, Associate Attorney General, for the plaintiff-appellant.*

*Helms, Cannon & Hamel, P.A., by Thomas R. Cannon and Amy L. McGrath, for defendant-appellee.*

PER CURIAM.

Affirmed.